# EXHIBIT B



**(630) 246-4201 (3)**
(630) 246-4201

 View contact

📞← Jun 24 (Fri) 12:51 PM
00:00:02

📞← Jun 24 (Fri) 12:49 PM
00:01:27

📞← Jun 24 (Fri) 12:48 PM
00:00:12